THE HONORABLE TANA LIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILLIS TATE, a single person, and BRETT TATE, a married person, individually,<br><br>    Plaintiffs,<br><br>v.<br><br>NATIONWIDE INSURANCE COMPANY OF AMERICA, a Foreign corporation doing business in Washington; DOES I-V,<br><br>    Defendants. | No.: 2:23-cv-00015-TL<br><br>JOINT MOTION FOR STAY AND CHANGE OF DEADLINES<br><br>NOTED ON THE MOTION CALENDAR: February 9, 2023 |

## I. **JOINT MOTION**

Pursuant to LCR 7(d)(1) and LCR 10(g), the parties jointly ask the Court to stay the case for six months and, accordingly, to reset the remaining deadlines in the Court's Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement (Dkt. # 8).

The case involves disputes about a claim for physical damage to property under a homeowner's insurance policy. The parties have been working toward completion of the claim since the date of loss in 2019. Because Plaintiffs were concerned about possible expiration of the statute of limitations, they filed this lawsuit. During the parties' Rule 26(f) conference, they discussed "prompt case resolution" as required. *E.g.*, Dkt. # 8, p. 4, ¶ III.6(A). The parties may be able to resolve this claim shortly, and without incurring as

much expense, without litigation. Therefore, good cause exists to stay the litigation and focus on resolution. The parties are ask the Court to stay the case for six months, without prejudice to a later request for further stay, if necessary.

The parties ask also that the following deadlines from Dkt. # 8 be changed to reflect the stay:

| | |
|---|---|
| Initial Disclosures Pursuant to FRCP 26(a)(1): | 8/22/2023 |
| Combined Joint Status Report and Discovery Plan as Required by Federal Rule of Civil Procedure 26(f) and Local Civil Rule 26(f): | 9/8/2023 |

If the parties are unable to proceed without litigation, they will file their Combined Joint Status Report and Discovery Plan by the new deadline, above.

IT IS SO STIPULATED.

DATED: February 14, 2023                                  DATED: February 14, 2023

| ROBERT D. BOHM, PLLC | BULLIVANT HOUSER BAILEY PC |
|---|---|
| */s/ Robert D. Bohm*<br>Robert D. Bohm, WSBA #42703<br>E-Mail: rdbohm@premisesinjurylaw.com<br><br>BASTION LAW, PLLC<br><br><br>*/s/ Jesse Froehling*<br>Jesse Froehling, WSBA #47881<br>E-Mail: jesse@bastion.law<br><br>*Attorneys for Plaintiffs* | */s/ Pamela J. DeVet*<br>Daniel R. Bentson, WSBA #36825<br>E-Mail: dan.bentson@bullivant.com<br>Pamela J. DeVet, WSBA #32882<br>E-Mail: pamela.devet@bullivant.com<br>Valerie J. Garcia, WSBA #60230<br>E-Mail: valerie.garcia@bullivant.com<br><br>*Attorneys for Defendant Nationwide Insurance Company of America* |

## II. ORDER

It is so ordered.

DATED this 14th day of February, 2023.

Tana Lin
United States District Judge

JOINT MOTION FOR DEADLINE EXTENSIONS AND FOR STAY      PAGE 3
NO.: 2:23-CV-00015-TL

**Bullivant|Houser|Bailey PC**
925 Fourth Avenue, Suite 3800
Seattle, Washington 98104
Telephone: 206.292.8930