THE HONORABLE TANA LIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILLIS TATE, a single person, and BRETT TATE, a married person, individually,<br><br>         Plaintiffs,<br><br>   v.<br><br>NATIONWIDE INSURANCE COMPANY OF AMERICA, a Foreign corporation doing business in Washington; DOES I-V,<br><br>         Defendants. | No.: 2:23-cv-00015-TL<br><br>**STIPULATED DISMISSAL** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties' settlement agreement, and the Court's order, Dkt. # 24, Plaintiff dismisses this matter, and all claims, against Defendant.  Dismissal shall be with prejudice and without costs to any person or party, pursuant to the proviso of Federal Rule of Civil Procedure 41(a)(1)(B).

STIPULATED DISMISSAL
NO.: 2:23-cv-00015-TL

PAGE 1

**Bullivant|Houser|Bailey PC**
925 Fourth Avenue, Suite 3800
Seattle, Washington 98104
Telephone: 206.292.8930

DATED this 25th day of November, 2024.

ROBERT D. BOHM, PLLC          BULLIVANT HOUSER BAILEY PC

*s/ Robert D. Bohm*
Robert D. Bohm, WSBA #42703
E-Mail: rdbohm@premisesinjurylaw.com

BASTION LAW, PLLC

*s/ Jesse Froehling*
Jesse Froehling, WSBA #47881
E-Mail: jesse@bastion.law

*Attorneys for Plaintiffs*

*s/ Pamela J. DeVet*
Pamela J. DeVet, WSBA #32882
E-Mail: pamela.devet@bullivant.com
Caitlyn Mathews, WSBA #60055
E-Mail: caitlyn.mathews@bullivant.com

*Attorneys for Defendant Nationwide
Insurance Company of America*

# I. <u>ORDER</u>

IT IS SO ORDERED:  This matter and all claims against Defendant are hereby DISMISSED with prejudice and without costs to any person or party.

_____
JUDGE TANA LIN